IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIAM A. REESE,

                    Plaintiff,

    v.

MARY HARPER,

                    Defendant.

ORDER

12-cv-180-slc

---

      Plaintiff William Reese, an inmate at Dodge County Detention Facility in Juneau, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because the trust fund account statement that he submitted does not cover the entire six month period immediately preceding the filing of his complaint.

      Plaintiff's complaint was filed on March 16, 2012. His trust fund account statement should cover the period beginning approximately September 16, 2011 and ending approximately March 16, 2012. Instead, plaintiff has submitted a trust fund account statement that only includes two months, September 16, 2011 to November 14, 2011, of the six-month period required. If plaintiff wishes to continue with this lawsuit, he will have to supplement his trust fund account statement to cover the remaining period beginning approximately November 15, 2011 and ending approximately March 16, 2012. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2).

Plaintiff should show a copy of this order to jail officials to insure that they are aware they should send a copy of plaintiff's six-month trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff William Reese may have until April 12, 2012, in which to submit a certified copy of his trust fund account statement for the period beginning approximately November 15, 2012 and ending approximately March 16, 2012. If, by April 12, 2012, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 20th day of March, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge