IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM A. REESE,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   12-cv-180-wmc

MARY HARPER,

    Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff's failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983.

| *s/ Peter Oppeneer* | 3/4/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |